# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ROBERTA FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-00353-TLS-JEM |
| | ) |
| MIJ, INC. D/B/A WIGGLES GENTLEMAN'S CLUB, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF MEDIATOR: SETTLEMENT

The parties participated in a good faith mediation on July 1, 2021. Plaintiff, Roberts Ford, and Defendant, MIJ, Inc. d/b/a Wiggles Gentleman's Club, reached a settlement of all claims, subject to the approval of the Lake County Probate Court in the matter of the Estate of Seif Elsharif, Cause No.: 45C01-2006-ES-000113.

Dated this 2nd day of July, 2021.

        Respectfully submitted,

        O'NEILL MCFADDEN & WILLETT LLP

        By:    */s/ Robert J. Dignam*
             Robert J. Dignam (Atty. No. 11177-45)
             *Mediator*
             O'NEILL MCFADDEN & WILLETT LLP
             833 W. Lincoln Highway, Suite 410W
             Schererville, IN 46375
             Phone: 219-322-0450
             Email: rdignam@omwlegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing **REPORT OF MEDIATOR: SETTLEMENT** was filed with the Court and served on counsel of record via the Court's ECF electronic filing system, this 2nd day of July, 2021.

| | |
|---|---|
| Gregg C. Greenberg<br>Zipin Amster & Greenberg, LLC<br>8757 Georgia Avenue<br>Suite 400<br>Silver Spring, MD 20910<br>ggreenberg@zagfirm.com | James E. Daugherty<br>Law Offices of James E. Daugherty<br>8029 Cleveland Place<br>Merrillville, IN 46410<br>Jdaughertylaw@aol.com |

Bradley P. Colborn
Anderson Agostino & Keller, PC
131 S. Taylor Street
South Bend, IN 46601
colborn@aaklaw.com

**O'NEILL MCFADDEN & WILLETT LLP**

By:  */s/ Robert J. Dignam*