UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERTA FORD, ) | | |
| On Behalf of Herself and All ) | | |
| Other Similarly Situated Individuals, ) | CASE NO.: | 2:20-CV-00353-HAB-JEM |
| Plaintiff, ) | | Magistrate Judge John E. Martin |
| vs. ) | | |
| ) | | |
| MIJ, Inc. d/b/a ) | | |
| WIGGLES GENTLEMEN'S CLUB, ) | | |
| Defendant. ) | | |

**NOTICE OF SETTLEMENT**

Comes now Plaintiff, by counsel, Gregg C. Greenberg, and comes now Defendant by counsel, James E. Daugherty. The parties hereby provide Notice of Settlement to the court as follows:

1. A successful mediation conference was conducted by and between the parties on July 1, 2021 conducted by duly appointed mediator Attorney Robert Dignam.

2. Attorney Robert Dignam has filed with the court on July 2, 2021 REPORT OF MEDIATION SETTLEMENT (DE 36).

3. The parties in good faith and with due diligence will require a period of 30 days within which to prepare a detailed Settlement Agreement, which, upon execution by the parties, shall provide for a dismissal of the within cause with prejudice.

4. The parties will advise the court upon the completion and execution of the parties Settlement Agreement and shall thereafter file with the court all documents necessary to conclude this matter.

WHEREFORE, the parties, by counsel, submit the forgoing Notice of Settlement with a more detailed, formal Settlement Agreement to be prepared and executed by the parties within a period of 30 days.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Gregg C. Greenberg, Esq. | /s/ James E. Daugherty |
| Gregg C. Greenberg, Esq. | James E. Daugherty |
| Pro Hac Vice | Indiana Bar No. 4398-45 |
| Zipin, Amster & Greenberg, LLC | Law Offices of James E. Daugherty |
| Counsel for Plaintiff | Counsel for Defendants |
| 8757 Georgia Avenue, Suite 400 | 8029 Cleveland Place |
| Silver Spring, Maryland 20910 | Merrillville, Indiana 46410 |
| Telephone:  301-587-9373 | Telephone:  (219) 769-5500 |
| Facsimile:  240-839-9142 | Facsimile: (219) 769-5501 |
| E-Mail:  Ggreenberg@ZAGFirm.com | jdaughertylaw@aol.com |

**Certificate of Service**

The undersigned attorney hereby certifies that, on **July 2, 2021,** he caused a true and complete copy of the attached pleading/motion to be filed with the court by the court's CM/ECF electronic filing protocols and that same will be electronically served upon all attorneys of record registered with the court's CM/ECF system.

/s/ James E. Daugherty