## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERTA FORD, | ) | |
| On Behalf of Herself and All | ) | |
| Other Similarly Situated Individuals, | ) | CASE NO.:   2:20-CV-00353-HAB-JEM |
|     Plaintiff, | ) |              Magistrate Judge John E. Martin |
| vs. | ) | |
| MIJ, Inc. d/b/a | ) | |
| WIGGLES GENTLEMEN'S CLUB, | ) | |
|     Defendant. | ) | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiff, by counsel, Gregg Greenberg, and comes now Defendant by counsel, James E. Daugherty. Pursuant to the Notice of Settlement filed with the court on July 2, 2021 (DE 37), the parties now advise the court that a full and final written Settlement Agreement has been executed by and between the parties providing for an agreed dismissal of the within cause with prejudice.

Accordingly, the parties, by counsel, do hereby stipulate and move for the immediate dismissal of this case with prejudice and requests the issuance of a court order regarding same. The parties further advise the court that each party is solely responsible for their respective attorney fees and costs.

ALL OF WHICH IS STIPULATED AND AGREED this 3rd day of August, 2021.

Respectfully submitted,

Respectfully submitted,

/s/ Gregg C. Greenberg, Esq.
Gregg C. Greenberg, Esq., Pro Hac Vice
Zipin, Amster & Greenberg, LLC
Counsel for Plaintiff
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone:  301-587-9373
Facsimile:  240-839-9142
E-Mail:  Ggreenberg@ZAGFirm.com

/s/ James E. Daugherty
James E. Daugherty, No. 4398-45
Law Offices of James E. Daugherty
Counsel for Defendants
8029 Cleveland Place
Merrillville, Indiana 46410
Telephone:  (219) 769-5500
Facsimile: (219) 769-5501
jdaughtertylaw@aol.com

**Certificate of Service**

The undersigned attorney hereby certifies that, on **August 3, 2021,** he caused a true and complete copy of the attached pleading/motion to be filed with the court by the court's CM/ECF electronic filing protocols and that same will be electronically served upon all attorneys of record registered with the court's CM/ECF system.

/s/ James E. Daugherty